DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHEL LAVERN GROVES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00350 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; ORDER |
| v. | ) | |
| | ) | |
| MICHEL LAVERN GROVES, | ) | Date:  January 30, 2007 |
| | ) | Time:  9:00 A.M. |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

respective counsel of record herein, that the status conference hearing in the above captioned matter now

scheduled for January 9, 2007, **may be continued to January 30, 2007 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation and to allow the

parties additional time for plea negotiation.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED:  January 4, 2007                    By    /s/  Sherrill A. Carvalho
                                                  SHERRILL A. CARVALHO
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff


                                                  DANIEL J. BRODERICK
                                                  Federal Defender

DATED:  January 4, 2007                    By   /s/ Melody M. Walcott
                                                MELODY M. WALCOTT
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                MICHEL LAVERN GROVES


## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 5, 2007**                    /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE