```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA




UNITED STATES OF AMERICA,        )
                                 )      1:06-CR-00350 OWW
                Plaintiff,       )
    vs.                          )
                                 )      ORDER EXONERATING BOND
MICHAEL LAVERNE GROVES           )      AND FOR RETURN OF NOTES
                                 )      AND DEEDS OF TRUST
                Defendants.      )
_____)
```

The above-named defendant having been sentenced, and now being in the custody of the Bureau of Prisons, it is hereby ordered that the bond be exonerated and all notes and deeds of trust be returned to the sureties.

**Deed # 2006-0206273742**
IT IS SO ORDERED.

Dated:   December 18, 2009            /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE